Paula K. STONE, Plaintiff–Appellee,

v.

BAYER CORPORATION DISABILITY PLANS, erroneously sued as Bayer Corporation Long Term Disability Plan, an employee welfare benefit plan and Bayer Corporation, an Indiana corporation, Defendants–Appellants.

No. 10–35665.

United States Court of Appeals, Ninth Circuit.

Submitted July 14, 2011.*

Filed July 20, 2011.

Ralph E. Wiser, III, Wiser & Associates, Lake Oswego, OR, for Plaintiff–Appellee.

Jerome Schreibstein, Law Office of Jerome Schreibstein, Esq., San Francisco, CA, for Defendants–Appellants.

Before: PREGERSON, WARDLAW, and M. SMITH, Circuit Judges.

MEMORANDUM **

Defendants appeal the district court's grant of summary judgment in Plaintiff's favor. For the reasons stated in the district court's well-written and well-reasoned Opinion and Order of January 15, 2010, we affirm.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).